FILED
AUG - 3 2017
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR 117 |
| | § | Judge Mazzant |
| PETER ZUCCARELLI | § | |

## WAIVER OF INDICTMENT

I, **Peter Zuccarelli**, the above-named defendant, who is accused of violating 18 U.S.C. § 371, being duly advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on ____________(date) prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

PETER ZUCCARELLI
Defendant

HEATHER BARBIERI
Counsel for Defendant

Before ______________________________
Judicial Officer